IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ANDREW ERDOS, DAVID ANDERSON, and VALLEY VIEW MHP LLC, individually and on behalf of all others similarly situated, | Case No. 4:23-cv-00268 |
| | NOTICE OF APPEARANCE |
| Plaintiffs, | **JURY TRIAL DEMANDED** |
| v. | |
| NORFOLK SOUTHERN CORPORATION; NORFOLK SOUTHERN RAILWAY COMPANY; JOHN DOE(S) 1-20; and ABC CORP(S). 1-20, | |
| Defendants. | |

To: Clerk of Court

KINDLY enter the appearance of Scott D. Clements, of the law firm of Dickie, McCamey & Chilcote, P.C., on behalf of Defendants, Norfolk Southern Corporation and Norfolk Southern Railway Company.

    Respectfully submitted,

    DICKIE, McCAMEY & CHILCOTE, P.C.

    By: /s/Scott D. Clements
        Scott D. Clements, Esquire (0096529)

    Two PPG Place, Suite 400
    Pittsburgh, PA  15222
    (412) 281-7272

    Attorneys for Defendants,
    Norfolk Southern Corporation and
    Norfolk Southern Railway Company

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2023, I filed the foregoing **Notice of Appearance** with the Clerk using the CM/ECF System, which will send notification of such filing to the following:

Melanie S. Bailey, Esquire
David C. Harman, Esquire
Burg Simpson Eldredge Hersh & Jardine, P.C.
201 East Fifth Street, Suite 1340
Cincinnati, OH 45202

Seth Katz, Esquire
Burg Simpson Eldredge Hersh & Jardine, P.C.
40 Inverness Drive East
Englewood, CO 80112

M. Elizabeth Graham, Esquire
Adam J. Gomez, Esquire
Tudor I. Farcas, Esquire
Adam Stoltz, Esquire
Caley DeGroote, Esquire
Grant & Eisenhofer, P.A.
123 S. Justison Street, 6th Floor
Wilmington, DE 19801

Douglas J. Olcott, Esquire
Edgar Snyder & Associates, LLC
600 Grant Street, 10th Floor
Pittsburgh, PA 15219

DICKIE, McCAMEY & CHILCOTE, P.C.

By:  /s/Scott D. Clements
Scott D. Clements, Esquire

Attorneys for Defendants,
Norfolk Southern Corporation and
Norfolk Southern Railway Company

15860300.1