PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANDREW ERDOS, *et al.*, | ) |
| | ) CASE NO. 4:23CV0268 |
| Plaintiffs, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| NORFOLK SOUTHERN | ) |
| CORPORATION, *et al.*, | ) **ORDER** |
| | ) |
| Defendants. | ) |

TAKE NOTICE that on Monday, February 27, 2023 at 10:00 a.m., the Court will hear argument on whether a temporary restraining order shall issue pursuant to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 11). The hearing will be conducted electronically *via* Zoomgov.com.

All lead counsel and knowledgeable representatives for Plaintiffs and Defendants must be electronically present *via* Zoomgov.com. Plaintiffs' counsel is ordered to serve this Order along with its Motion on opposing counsel. Plaintiffs' counsel shall share the Zoomgov.com meeting details with Defendants' counsel. Counsel for both parties shall share the Zoomgov.com meeting details with all representatives expected to attend.

IT IS SO ORDERED.

| | |
|---|---|
| February 24, 2023 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |