IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, YOUNGSTOWN

| | | |
|---|---|---|
| ANDREW ERDOS, DAVID ANDERSON, and VALLEY VIEW MHP LLC, individually and on behalf of all others similarly situated, | : : : : | CASE NO.: 4:23-cv-00268 |
| Plaintiffs, | : : : | Judge Benita Y. Pearson |
| v. | : : | Magistrate Judge Amanda M. Knapp |
| NORFOLK SOUTHERN CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY, JOHN DOE(S) 1-20, and ABC CORP(S). 1-20. | : : : : : | MOTION FOR ADMISSION OF M. ELIZABETH GRAHAM *PRO HAC VICE* |
| Defendants. | : : | |

Pursuant to N.D. Ohio Civ. R. 83.5(h), Melanie S. Bailey, attorney on behalf of Plaintiffs and the putative class, hereby moves this court to admit M. Elizabeth Graham, *pro hac vice* to appear and participate as counsel in this case for Plaintiffs and the putative class.

Movant represents that M. Elizabeth Graham is a member in good standing in the state of California, Bar No. 143085, admitted on December 11, 1989. Attached to the motion is a certificate of good standing from the highest court in the state of California. Ms. Graham states that she has never been disbarred or suspended from practice by any court, department, bureau or commission of any State or the United States or has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

Ms. Graham's relevant identifying information is as follows:

1

M. Elizabeth Graham
**GRANT & EISENHOFER P.A.**
123 S. Justison Street, 6th Floor
Wilmington, DE 19801
302-622-7000
302-622-7100 (fax)
egraham@gelaw.com

This motion is accompanied by the required filing fee.

                    Respectfully submitted,

                    <u>s/ Melanie S. Bailey</u>
                    Melanie. S. Bailey (OH 0075821)
                    David C. Harman (OH 0087882)
                    **BURG SIMPSON ELDREDGE**
                    **HERSH & JARDINE, P.C.**
                    201 East Fifth Street, Suite 1340
                    Cincinnati, OH 45202
                    513-852-5600
                    513-852-5611 (fax)
                    mbailey@burgsimpson.com
                    dharman@burgsimpson.com

                    Seth Katz
                    **BURG SIIMPSON ELDREDGE**
                    **HERSH & JARDINE, P.C.**
                    40 Inverness Drive East
                    Englewood, CO 80112
                    303-792-5595
                    303-708-0527 (fax)
                    skatz@burgsimpson.com

                    M. Elizabeth Graham, Esq.
                    Adam J. Gomez, Esq.
                    Tudor I. Farcas, Esq.
                    Adam l. Stoltz, Esq.
                    Caley DeGroote, Esq.
                    **GRANT & EISENHOFER, P.A.**
                    123 S. Justison Street, 6th Floor
                    Wilmington, DE 19801
                    302-622-7000

2

        302-622-7100 (fax)
        egraham@gelaw.com
        agomez@gelaw.com
        tfarcas@gelaw.com
        astoltz@gelaw.com
        gdegroote@gelaw.com

Douglas J. Olcott, Esq. (OH 0098596)
**EDGAR SNYDER**
**& ASSOCIATES, LLC**
600 Grant Street, 10th Floor
Pittsburgh, PA 15219
412-394-4420
412-391-2386 (fax)
dolcott@edgarsynder.com

*Attorneys for the Plaintiffs and*
*the Putative Class*

<u>**Certificate of Service**</u>

    I hereby certify that on 27th of February 2023 a copy of foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        / s/ Melanie S. Bailey
        Melanie S. Bailey