IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, YOUNGSTOWN

| | | |
|---|---|---|
| ANDREW ERDOS, DAVID ANDERSON, and VALLEY VIEW MHP LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORFOLK SOUTHERN CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY, JOHN DOE(S) 1-20, and ABC CORP(S). 1-20.<br><br>Defendants. | : : : : : : : : : : : : : : : : | CASE NO.: 4:23-cv-00268<br><br>Judge Benita Y. Pearson<br><br>Magistrate Judge Amanda M. Knapp<br><br><br><br>PLAINTIFFS' NOTICE OF STATUS REGARDING THE JOINT NOTICE FOLLOWING THE HEARING ON THE TEMPORARY RESTRAINING ORDER |

Following the February 27, 2023 hearings on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, and in accordance with the Court's order, the Plaintiffs submitted a proposed draft of a Joint Notice to Defendants' counsel at approximately 7:00 pm this evening. Defendants' counsel needs some additional time to review the language and discuss further with Plaintiffs' Counsel. The parties anticipate the filing of a Joint Notice this evening by approximately 9:00 pm.

Respectfully submitted,

s/ Melanie S. Bailey
Melanie. S. Bailey (OH 0075821)
David C. Harman (OH 0087882)
**BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.**
201 East Fifth Street, Suite 1340

Cincinnati, OH 45202
513-852-5600
513-852-5611 (fax)
mbailey@burgsimpson.com
dharman@burgsimpson.com

Seth A. Katz
**BURG SIIMPSON ELDREDGE HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, CO 80112
303-792-5595
303-708-0527 (fax)
skatz@burgsimpson.com

M. Elizabeth Graham, Esq.*
Adam J. Gomez, Esq.*
Tudor I. Farcas, Esq.*
Adam l. Stoltz, Esq.*
Caley DeGroote, Esq*.
**GRANT & EISENHOFER, P.A.**
123 S. Justison Street, 6th Floor
Wilmington, DE 19801
302-622-7000
302-622-7100 (fax)
egraham@gelaw.com
agomez@gelaw.com
tfarcas@gelaw.com
astoltz@gelaw.com
gdegroote@gelaw.com

Douglas J. Olcott, Esq. (OH 0098596)
**EDGAR SNYDER & ASSOCIATES, LLC**
600 Grant Street, 10th Floor
Pittsburgh, PA 15219
412-394-4420
412-391-2386 (fax)
dolcott@edgarsynder.com

*Attorneys for the Plaintiffs and the Putative Class*

*pro hac vice forthcoming

2

**Certificate of Service**

    I hereby certify that on February 27, 2023 a copy of foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                   / s/ Melanie S. Bailey
                                                   Melanie S. Bailey