IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, YOUNGSTOWN

| | | |
|---|---|---|
| ANDREW ERDOS, DAVID ANDERSON, and VALLEY VIEW MHP LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORFOLK SOUTHERN CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY, JOHN DOE(S) 1-20, and ABC CORP(S). 1-20.<br><br>Defendants. | : : : : : : : : : : : : : : : : | CASE NO.: 4:23-cv-00268<br><br>Judge Benita Y. Pearson<br><br>Magistrate Judge Amanda M. Knapp<br><br>PLAINTIFFS' NOTICE OF STATUS OF JOINT NOTICE REGARDING THE SAMPLING AT THE DERAILMENT SITE FOLLOWING THE HEARING ON THE TEMPORARY RESTRAINING ORDER |

Pursuant to the Court's request during the February 27, 2023 hearings on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, the parties have engaged in discussions regarding sampling at the derailment site. The parties are continuing their discussions and exchange of ideas. The parties need some additional time to come to an agreement but anticipate that a Joint Notice will be filed later today.

Plaintiffs note that they have been coordinating with Plaintiffs' counsel in the following cases: *Feezle, et al., v. Norfolk Southern Railway Co., et al.*, Case No. 4:23-cv-00242-BYP; *Canterbury, et al., v. Norfolk Southern Corp.*, 4:23-cv-00298-BYP; *Battaglia, et al., v. Norfolk Southern Railway Co.*, et al, Case No. 4:23-cv-00303-BYP;[1] and *Fisher, et al. v. Norfolk Southern Corp.*, 4:23-cv-00350-BYP.

---

[1] During discussions with Plaintiffs' counsel in the *Battaglia* case on the evening of February 27, 2023, Counsel indicated they were not sending any experts to the site this week.

1

Respectfully submitted,

s/ Melanie S. Bailey
Melanie. S. Bailey (OH 0075821)
David C. Harman (OH 0087882)
**BURG SIMPSON ELDREDGE**
**HERSH & JARDINE, P.C.**
201 East Fifth Street, Suite 1340
Cincinnati, OH 45202
513-852-5600
513-852-5611 (fax)
mbailey@burgsimpson.com
dharman@burgsimpson.com

Seth A. Katz
**BURG SIIMPSON ELDREDGE**
**HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, CO 80112
303-792-5595
303-708-0527 (fax)
skatz@burgsimpson.com

M. Elizabeth Graham, Esq.*
Adam J. Gomez, Esq.*
Tudor I. Farcas, Esq.*
Adam l. Stoltz, Esq.*
Caley DeGroote, Esq*.
**GRANT & EISENHOFER, P.A.**
123 S. Justison Street, 6th Floor
Wilmington, DE 19801
302-622-7000
302-622-7100 (fax)
egraham@gelaw.com
agomez@gelaw.com
tfarcas@gelaw.com
astoltz@gelaw.com
gdegroote@gelaw.com

Douglas J. Olcott, Esq. (OH 0098596)
**EDGAR SNYDER**
**& ASSOCIATES, LLC**
600 Grant Street, 10th Floor
Pittsburgh, PA 15219

2

        412-394-4420
        412-391-2386 (fax)
        dolcott@edgarsynder.com

*Attorneys for the Plaintiffs and
the Putative Class*

\*pro hac vice forthcoming

## Certificate of Service

    I hereby certify that on February 28, 2023 a copy of foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        / s/ Melanie S. Bailey_____
        Melanie S. Bailey