PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CERAMFAB, INC., *et al.* ) | |
| ) | CASE NO. 4:23CV0509 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ANDREW ERDOS, *et al., etc.*, ) | |
| ) | CASE NO. 4:23CV0268 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN ) | |
| CORPORATION., *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| WILLIAM LEE FISHER, *et al.*, *etc.*, ) | |
| ) | CASE NO. 4:23CV0350 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

TAKE NOTICE that Plaintiff Ceramfab, Inc.'s Motion for Temporary Restraining Order (ECF No. 15) in Case No. 4:23CV0509 shall come on for hearing today at 4:00 p.m. before the undersigned via Zoom.  Each side in Case No. 4:23CV0509 shall be prepared to voice its position regarding the motion.

Plaintiffs' counsel in Case No. 4:23CV0509 shall immediately set up the Zoom video conference and shall send invitations to the Court (email judy_guyer@ohnd.uscourts.gov); Scott D. Clements and J. Lawson Johnston (Defense counsel in Case No. 4:23CV0509); Seth A. Katz and M. Elizabeth Graham (Plaintiffs' counsel in Case No. 4:23CV0268); and Jeffrey S. Goldenberg (Plaintiffs' counsel in Case No. 4:23CV0350).

IT IS SO ORDERED.

   March 22, 2023                       */s/ Benita Y. Pearson*
Date                                                  Benita Y. Pearson
                                                         United States District Judge