PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| ANDREW ERDOS, *et al., etc.*, ) | |
| ) | CASE NO. 4:23CV0268 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN ) | |
| CORPORATION., *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| MICHAEL LOYD, *et al., etc.*, ) | |
| ) | CASE NO. 4:23CV0634 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN ) | |
| RAILWAY COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

On March 24, 2023, the Court entered an Order in each of the 29 cases then pending on the docket of the undersigned. Since that time, one new case has been filed. *See Loyd v. Norfolk Southern Railway Co.*, No. 4:23CV0634 (N.D. Ohio filed March 24, 2023).

Pursuant to prior Orders, the parties in the cases related to the February 3, 2023 Norfolk Southern train derailment in East Palestine, Ohio then pending on the docket of the undersigned filed Plaintiffs' Motion to Appoint Interim Class Counsel and a Plaintiffs' Leadership Structure

(ECF No. 25 in Case No. 4:23CV0242 (*i.e.* the first-filed case)) and a Joint Status Report (ECF No. 26 in Case No. 4:23CV0242).

TAKE NOTICE that Plaintiffs' Motion to Appoint Interim Class Counsel and a Plaintiffs' Leadership Structure (ECF No. 25 in Case No. 4:23CV0242) and the Joint Status Report (ECF No. 26 in Case No. 4:23CV0242) shall come on for hearing on Friday, March 31, 2023, at 9:00 a.m. EDT before the undersigned *via* Zoomgov.com. Counsel in the 30 cases now pending on the docket of the undersigned shall be prepared to voice their positions regarding the matters set forth in the two filings.[1]

The Court previously emailed the Zoomgov.com meeting link to Seth A. Katz and M. Elizabeth Graham (Plaintiffs' counsel in Case No. 4:23CV0268), who shall be responsible for forwarding the link to all other counsel in *Loyd v.Norfolk Southern Railway Co.*, No. 4:23CV0634.

IT IS SO ORDERED.

|  |  |
|---|---|
| __March 29, 2023__ | __/s/ *Benita Y. Pearson*__ |
| Date | Benita Y. Pearson |
|  | United States District Judge |

---

[1] To the extent practicable, the Court urges only those counsel with disparate views from those made known on the docket to speak. Plaintiffs' counsel in Case No. 4:23CV0268 may provide those counsel in agreement with the *Feezle* leadership group with a dial in Zoom only, so as to avoid confusion and unnecessary appearances, yet allow such counsel to listen to the proceedings.